

## NUMBER 13-15-00259-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

JACOB THOMAS LAYTON,                                                    Appellant,

v.

THE STATE OF TEXAS,                                                    Appellee.

### On Appeal from the 105th District Court
### of Kleberg County, Texas.

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Benavides and Perkes
### Memorandum Opinion Per Curiam

Appellant, Jacob Thomas Layton, perfected an appeal from his judgment of conviction for the offense of burglary of a habitation committing a theft. Appellant, acting by and through his attorney, has now filed a motion to dismiss his appeal because he no longer desires to prosecute it. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we GRANT the motion to dismiss pursuant to Texas Rule of Appellate

Procedure 42.2(a) and DISMISS the appeal.   Having dismissed the appeal at appellant's

request, no motion for rehearing will be entertained and our mandate will issue forthwith.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
16th day of July, 2015.